UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| CAREY & ASSOCIATES PA, et al.,<br>　　　Plaintiffs<br><br>v.<br><br>OXFORD COUNTY, et al.,<br>　　　Defendants | )<br>)<br>)<br>)　CIVIL NO. 2:17-cv-00144-NT<br>)<br>)<br>) |

### JUDGMENT OF DISMISSAL

In accordance with the Order on the Defendant's Motion to Dismiss, issued on March 5, 2018 by U.S. Chief District Judge Nancy Torresen, the Plaintiff's Complaint is Dismissed. JUDGMENT OF DISMISSAL is hereby entered as to all defendants.

　　　　　　　　　　　　　　　　　　　　Christa K. Berry
　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　/s/ Melody Whitten
　　　　　　　　　　　　　　　　　By:　Melody Whitten
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Dated: March 5, 2018